WILLIAM J. LUTES, Respondent, v. SOL A. SHENK, Doing Business as SHENCO SALES COMPANY, et al., Appellants.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ. [See *ante*, p. 878.]

∎

ELLY HOFMANN et al. v. LOUIS KUPFER et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ. [See *ante*, p. 810.]

∎

ELLY HOFMANN et al. v. LOUIS KUPFER et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ. [See *ante*, p. 810.]

∎

JACOB GOODMAN & CO., INC., v. NEW YORK TELEPHONE COMPANY et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ. [See *ante*, pp. 879, 882.]

∎

MAYROL REALTY CORP. v. MARVIN D. FRANKEL.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs, and the stay contained in the order to show cause, dated November 27, 1954, vacated. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ. [See 284 App. Div. 950.]

∎

In the Matter of the Construction of the Will of LAURA C. MATTES, Deceased. JAMES C. LAMBETH et al., Appellants; BANKERS TRUST COMPANY, as Executor of LAURA C. MATTES, Deceased, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Cohn, Breitel and Bastow, JJ. [See *ante*, p. 867.]

∎

In the Matter of the Construction of the Will of LAURA C. MATTES, Deceased. JAMES C. LAMBETH et al., Appellants; BANKERS TRUST COMPANY, as Executor of LAURA C. MATTES, Deceased, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Cohn, Breitel and Bastow, JJ. [See *ante*, p. 867.]

∎

In the Matter of the Construction of the Will of LAURA C. MATTES, Deceased. JAMES C. LAMBETH et al., Appellants; BANKERS TRUST COMPANY, as Executor of LAURA C. MATTES, Deceased, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Cohn, Breitel and Bastow, JJ. [See *ante*, p. 867.]

∎

In the Matter of the Accounting of HERMAN WACHT et al., as Trustees under the Will of SAMUEL WACHT, Deceased. NEW YORK TRUST COMPANY, as Trustee under the Will of SAMUEL WACHT, Deceased, Appellant; HERMAN WACHT et al.,